IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAURUS SA, | : |
| Plaintiff, | : CIVIL ACTION NO.: _____ |
| v. | : |
| ONEOF, INC., | : |
| Defendant. | : |

**ORIGINAL COMPLAINT**

Plaintiff Taurus SA ("Taurus" or "Plaintiff") files this Complaint for breach of contract and states as follows:

**INTRODUCTION**

1. This is an action for breach of contract that arises from two written agreements executed by Taurus and Defendant OneOf, Inc. ("OOI" or "Defendant"). Taurus is a Swiss FinTech company that provides services to the digital asset industry (i.e. cryptocurrencies, non-fungible token ("NFT") assets, digital currencies etc.). OOI is a NFT platform that sells musical, athletic, and other cultural NFTs to consumers. Taurus provided certain software, storage services, and technical services to OOI pursuant to the agreements. OOI, however, has failed to pay and Taurus commences this action to obtain monetary relief. Taurus' damages include, but are not limited to, payment of outstanding invoices, amount not yet invoiced but due until contractual end of the agreements, attorney's fees and costs.

## THE PARTIES

2.Taurus is a Switzerland société anonyme with its principal place of business at Place Ruth-Bösiger 6, CH-1201 Geneva, Switzerland.

3.OOI is a Delaware corporation with its principal place of business at 2045 Biscayne Boulevard, No. 333, Miami, FL 33137. It may be served through its registered agent, Corporation Service Company at 251 Little Falls Drive, Wilmington, DE 19808.

## JURISDICTION AND VENUE

4.This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because the parties are incorporated in different states and the amount in controversy exceeds the $75,000 minimum jurisdictional requirement, exclusive of interest, costs and attorneys' fees.

5.This Court has personal jurisdiction over Defendant because it is incorporated in the State of Delaware.  Additionally, in the Contracts at issue, Defendant voluntarily consented to personal jurisdiction through a forum selection clause.

6.Venue is proper in this Court as to Defendant pursuant to 28 U.S.C. § 1391(b)(1) because it was incorporated in Delaware and, thus, is a resident of Delaware.

## FACTUAL BACKGROUND

7.On or about April 21, 2021, OOI executed that certain *Taurus-Protect Service Agreement* (the "Protect Agreement") with Taurus. A true and correct copy of the Protect Agreement is attached hereto as Exhibit A.

8.Pursuant to the Protect Agreement, Taurus agreed to provide OOI with access to Taurus-Protect, a digital asset storage solution; the solution enabled OOI to manage its NFTs using Tezos, a particular blockchain.[1] In exchange for the use of this service, OOI agreed to pay Taurus

---

[1] A blockchain is a decentralized, public, and secured digital ledger that is used to record digital transactions.

an initial set-up fee of CHF 54,000.00 and then a monthly license fee of CHF 12,000.00 for the first year and then CHF 23,000.00 per month for the second year. Further, the Protect Agreement permits Taurus to charge 9% (nine percent) APY if an invoice is not paid within 30 days.

9. Also, on or about April 21, 2021, OOI executed that certain *Taurus-Explore Agreement* (the "Explore Agreement" and together with the Protect Agreement, the "Contracts") with Taurus. A true and correct copy of the Explore Agreement is attached hereto as Exhibit B.

10. Pursuant to the Explore Agreement, Taurus agreed to provide OOI with access to a blockchain node service. In exchange for the use of this service, OOI agreed to pay Taurus a monthly subscription fee of CHF 1,500.00. Further, the Explore Agreement permits Taurus to charge 9% (nine percent) APY if an invoice is not paid within 30 days.

11. On or about May 5, 2021, Taurus began the implementation phase for the agreed upon services. A key ceremony was held on May 18, 2022.[2]

12. Also, on or about May 5, 2021, Taurus submitted its first invoice in the amount of CHF 32,400 for the initial set-up fee to OOI. The first invoice was paid by OOI on May 14, 2021. A true and correct copy of the invoice is attached hereto as Exhibit C.

13. On or about June 8, 2021, Taurus submitted its second invoice in the amount of CHF 75,600 to OOI. The second invoice was paid by OOI on June 17, 2021. A true and correct copy of the invoice is attached hereto as Exhibit D.

14. Per OOI's request in July 2021, Bitcoin and Ethereum were added as blockchains to be supported by Taurus for OOI's benefit.

15. On or about September 6, 2021, Taurus submitted its third invoice in the amount of CHF 100,180 to OOI. This invoice included subscription fees for Bitcoin and Ethereum, in

---

[2] A "key ceremony" is a procedure that creates cryptographic "root keys" which are used for encryption purposes to protect digital transactions.

addition to the originally agreed upon blockchain, Tezos. This invoice also shows increases in the Taurus Protect monthly license fee for these additions and their activation fees. The third invoice was paid by OOI on November 18, 2021. A true and correct copy of the invoice is attached hereto as <u>Exhibit E</u>.

16. On January 12, 2022, Taurus submitted its fourth invoice, ON-001-04, to OOI. A true and correct copy of the invoice is attached hereto as <u>Exhibit F</u>. This invoice requested payment in the amount of CHF 57,300.

17. Despite reminders regarding the lack of payment in February and March 2022, OOI failed to pay invoice ON-001-04.

18. On or about April 7, 2022, Taurus submitted its fifth and sixth invoices, ON-001-05 and ON-001-06 in the amount of CHF 72,908 and CHF 687.60, respectively. Invoice ON-001-06 was solely related to the penalties imposed for the failure to pay invoice ON-001-04. These invoices have not been paid. True and correct copies of the invoices are attached hereto as <u>Exhibits G</u> and <u>H</u>, respectively.

19. Due to the lack of payment, on July 1, 2022, Taurus sent a demand letter to OOI's Chief Executive Offier, Mr. Lin Dai. This letter explained the services provided to OOI and outlined OOI's failure to pay the outstanding invoices. A true and correct copy of this demand is attached hereto as <u>Exhibit I</u>.

20. Despite the above-mentioned demand, OOI has refused to pay the outstanding invoices.

21. On July 7, 2022, Taurus submitted its seventh and eighth invoices, ON-001-07 and ON-001-08 in the amount of CHF 110,614.00 and CHF 2,483.15, respectively. Invoice ON-001-08 was solely related to the penalties imposed for the failure to pay invoices ON-001-04 and ON-

001-05. True and correct copies of the invoices are attached hereto as <u>Exhibits J</u> and <u>K</u>, respectively.

22. On August 8, 2022, OOI's attorneys sent a letter to Taurus repudiating the Contracts. Specifically, the letter stated "this letter will serve notice of termination of the (i) Service Agreement [Explore Agreement] pursuant to Section 4 thereof, and (ii) Taurus Protect Agreement [Protect Agreement]."

23. On July 7, 2022, Taurus submitted its nineth and tenth invoices, ON-001-09 and ON-001-10 in the amount of CHF 104,124.00 and CHF 4,681.14, respectively. Invoice ON-001-10 was solely related to the penalties imposed for the failure to pay invoices ON-001-04, ON-001-05 and ON-001-07. True and correct copies of the invoices are attached hereto as <u>Exhibits L</u> and <u>M</u>, respectively.

24. OOI has failed to repay CHF 344,946.00 in outstanding principal payments, CHF 7,851.89 penalties, plus accrued and unpaid interest, and additional fees and costs (the "Outstanding Obligations").

**COUNT I – BREACH OF CONTRACT UNDER PROTECT AGREEMENT**

25. Taurus repeats and repleads each allegation set forth in Paragraphs 1 through 24, inclusive, and incorporates them by reference herein.

26. The Protect Agreement constitutes a valid and binding obligation of OOI for the benefit of Taurus.

27. OOI has expressly repudiated the Protect Agreement in a letter dated August 8, 2022.

28. OOI's repudiation of the Protect Agreement and its failure to pay Taurus' invoices constitutes a present breach of the agreement entitling Taurus to sue for damages and other relief.

29. At all times during the term of the Protect Agreement Taurus has performed all of its obligations.

30. Taurus is ready, willing and able to perform all of its future obligations under the Protect Agreement, and would have done so if not for OOI's repudiation and breach.

31. As a result of OOI's failure to pay the amounts owed under the Protect Agreement, Taurus has sustained damages equal to the outstanding invoicesplus accruing interest at 9% (nine percent) APY and additional amounts to be determined at trial, but not less than CHF 428,196.00 plus attorney's fees and costs which Taurus is entitled to recover under the terms of the Protect Agreement.

**COUNT II – BREACH OF CONTRACT UNDER EXPLORE AGREEMENT**

32. Taurus repeats and repleads each allegation set forth in Paragraphs 1 through 31, inclusive, and incorporates them by reference herein.

33. The Explore Agreement constitutes a valid and binding obligation of OOI for the benefit of Taurus.

34. OOI has expressly repudiated the Explore Agreement in a letter dated August 8, 2022.

35. OOI's repudiation of the Explore Agreement and its failure to pay Taurus' invoices constitutes a present breach of the agreement entitling Taurus to sue for damages and other relief.

36. At all times during the term of the Explore Agreement Taurus has performed all of its obligations.

37. Taurus is ready, willing and able to perform all of its future obligations under the Explore Agreement, and would have done so if not for OOI's repudiation and breach.

38. As a result of OOI's failure to pay the amounts owed under the Explore Agreement,

Taurus has sustained damages equal to the outstanding invoices plus accruing interest at 9% (nine percent) APY and additional amounts to be determined at trial, but not less than CHF 74,250.00 plus attorney's fees and costs which Taurus is entitled to recover under the terms of the Explore Agreement.

## COUNT III – UNJUST ENRICHMENT

39. Taurus repeats and repleads each allegation set forth in Paragraphs 1 through 38, inclusive, and incorporates them by reference herein.

40. As a result of the wrongful conduct of OOI, as hereinabove alleged, OOI has been unjustly enriched and has benefited from its wrongful acts at the expense of Taurus. Such unjust enrichment and benefits include, but are not limited to, CHF 502,446.00 that remains unpaid, due and owing.

41. OOI should be ordered to pay Taurus, forthwith, the entire amount by which it has been unjustly enriched.

## PRAYER FOR RELIEF

Plaintiff, Taurus SA, respectfully requests that the Court enter judgment in its favor against Defendant OneOf, Inc. and grant Plaintiff the following relief:

A. Entry of judgment that OOI has breached the Contracts by repudiating the same and failing to pay Taurus' invoices;

B. Damages in an amount to be determined at trial arising from OOI's breach;

C. All costs and expenses, including reasonable attorney's fees, arising out of this litigation, including pre-judgment and post-judgment interest pursuant to the terms of the Contracts; and

D. Such other and further relief, both at law and in equity, to which Plaintiff may be

entitled and which the Court deems just and proper.

DATED: November 29, 2022         **BLANK ROME LLP**

By: /s/ *Adam V. Orlacchio*
    Adam V. Orlacchio (#5520)
    James G. Gorman III (#6284)
    1201 N. Market Street, Suite 800
    Wilmington, Delaware 19801
    Telephone: (302) 425-6400
    adam.orlacchio@blankrome.com
    james.gorman@blankrome.com

OF COUNSEL:

Zachary A. Aria
(*pro hac vice* application forthcoming)
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
zachary.aria@blankrome.com

Matthew A. Homyk
(*pro hac vice* application forthcoming)
One Logan Square, 130 North 18th Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-5500
matthew.homyk@blankrome.com

*Counsel for Plaintiff*